UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FRANCISCO SERRANO,

     Plaintiff,

v.

UNKNOWN BOP EMPLOYEES,

     Defendant.

_____/

Case No. LA 18CV 08141 - VBF (RAO)

BIVENS COMPLAINT FOR DAMAGES

I. Introduction

     Plaintiff Fancisco Serrano files this action against unknown employees of the Federal Bureau of Prisons and respectfully shows the Court the following:

II.  Jurisdiction and Venue

     This Court has jurisdiction under 28 USC §§1331, and 1346(a). Plaintiff is a federal inmate currently incarcerated at FCI Victorville Medium I in Adelanto, California. Defendants were at all relevant times, an employee of the Federal Bureau of Prisons. Defendants are sued in thier individual capacity.

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 7 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

III.  Facts of the Case

     When Plaintiff was an inmate incarcerated at United States penitentiary at Lewisburg, he experienced an extraordinary event.  There was an outbreak of Salmonella food poisoning that was transmitted to inmates and prison staff through the consuption of tainted chicken. Plaintiff and hundreds of inmates and BOP staff were sickened as a result of consuming the tainted chicken. Plaintiff was qurantined but was not given any medical treatment. Plaintiff was only given a bottle of Gatorade from BOP staff.  As a result of the food poisoning Plaintiff suffered from stomach cramps, vomiting, diarrhea, fever, headaches, and had

permanent damage to the lining of his stomach as a direct result of consuming the tainted chicken. Plaintiff attempted to settle this issue with the Federal Bureau of Prisons North East Regional Office, however no agreement was made. Plaintiff now files this Bivens Complaint seeking monetary damages for the actions of the unknown BOP employees that caused the food poisoning.

## IV. Prayer for Relief

Plaintiff asks the Court to enter a judgment against Defendant in the amount of 10,000,000.00 (ten million dollars) for the injury Plaintiff suffered as a result of the claims listed in this complaint.

## V. Jury Demand

Plaintiff respectfully requests a jury trial for the above referenced claims.

Respectfully Submitted,

Francisco Serrano
Reg No. 88785-008
Federal Correctional Institution
FCI Victorville Medium I
PO Box 3725
Adelanto, CA 92301

Francisco Serrano
Reg. No. 88785-008
Federal Correctional Institution
FCI Victorville Medium I
PO Box 3725
Adelanto, CA 92301

SN BERNARDINO CA 924

13 SEP 2018 PM 5 L

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CLERK OF THE COURT
312 North Spring Street
Room G-8
Los Angeles , CA   90012

90012-209578