# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO SERRANO, | |
| Plaintiff, | NO. 3:18-CV-1866 |
| v. | (JUDGE CAPUTO) |
| UNKNOWN BUREAU OF PRISONS EMPLOYEES, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 16th day of October, 2018, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) The Complaint (Doc. 1) is **DISMISSED without prejudice** to Plaintiff filing an amended complaint to properly plead his claims.

(3) Plaintiff has **twenty (20) days** from the date of entry of this Order to file his amended complaint. Failure to do so will result in **the dismissal of this action with prejudice**.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge