# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCISCO SERRANO,

    Plaintiff,

v.

UNKNOWN BUREAU OF PRISONS EMPLOYEES,

    Defendants.

NO. 3:18-CV-1866

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 15th day of November, 2018, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 10) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 10) is **ADOPTED**.

(2) The Amended Complaint (Doc. 9) is **DISMISSED without prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings, including screening Plaintiff's Second Amended Complaint (Doc. 11).

                                     /s/ A. Richard Caputo
                                     A. Richard Caputo
                                     United States District Judge